**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| ANTONIO QUINTANA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:26-CV-00016 |
| | § | |
| WALMART, INC., | § | |
| | § | |
| Defendant. | § | |

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

**TO THE HONORABLE JUDGE OF SAID COURT:**

WALMART, INC. hereby files this Notice of Removal pursuant to 28 U.S.C. Section 1441 based on diversity of citizenship jurisdiction, and in support of the same, would respectfully show the Court as follows:

## I.
## FACTUAL BACKGROUND

1. This lawsuit was originally filed under Cause No. 20-01-26046-CVR, and styled *Antonio Quintana v. Walmart, Inc.*, in the 143rd Judicial District Court, Reeves County, Texas (hereinafter the "State Court Action") on January 26, 2026.

2. Pursuant to 28 U.S.C. Section 1446(a) a true and correct copy of all process, pleadings and orders in the State Court Action are attached to this Notice as Exhibit A.

3. Plaintiff asserts Texas state law claims for premises liability and negligence, alleging he slipped and fell on water in Defendant's store. *See* Exhibit A, Pl.'s Orig. Pet. at Section IV.

4. Plaintiff's Petition alleges damages over $1,000,000.00. *See id.* at Section VIII.

## II.

## BASIS FOR REMOVAL

5. This case is being removed based on diversity of citizenship jurisdiction under 28 U.S.C. Section 1332 and pursuant to 28 U.S.C. Section 1441(a). "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. § 1332(a)(1).

6. Plaintiff is a New Mexico citizen. *See* Pl.'s Orig. Pet. at Section II.

7. Defendant is not a New Mexico citizen. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1)). Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas. Therefore, Walmart Inc. is a citizen of Delaware and Arkansas and of no other states.

8. Thus, based on the above, Plaintiff and Defendant are completely diverse.

9. Further, Plaintiff seeks over $1,000,000.00 in damages, an amount over the $75,000.00 threshold established by 28 U.S.C. Section 1332(a). *See* Pl.'s Orig. Pet. at Section VIII. Accordingly, the amount in controversy requirement of 28 U.S.C. Section 1332(a) is also satisfied.

10. Therefore, because Plaintiff and Defendant are completely diverse, and because Plaintiff seeks damages in an amount over $75,000.00, this Honorable Court has jurisdiction over Plaintiff's claim.

## III.
## PROCEDURE

11. Pursuant to 28 U.S.C. Section 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."

12. Plaintiff filed the State Court Action on January 26, 2026. *See* Exhibit A, Pl.'s Orig. Pet. Defendant was served on January 28, 2026. *See* Exhibit A, Aff. of Serv.

14. Accordingly, because less than thirty (30) days have elapsed since the date of service, Defendant's Notice of Removal is timely filed pursuant to 28 U.S.C. Section 1446(b)(3).

15. Venue of this removed action is proper in this Honorable Court pursuant to 28 U.S.C. Section 1441(a) as it is the District and Division where the State Court Action is pending.

16. Pursuant to 28. U.S.C. Section 1446(d), Defendant will promptly give all parties written notification of the filing of this Notice and will also promptly file a copy with the District Clerk of Reeves County, Texas where the State Court Action is currently pending.

## IV.
## JURY DEMAND

17. Defendant hereby requests a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that this matter be placed on the Court's docket and for any other and further relief to which it may be justly entitled at law or in equity.

Respectfully submitted,

**MOSS LEGAL GROUP, PLLC**
5845 Cromo Dr., Suite 2
El Paso, Texas 79912
Phone (915) 703-7307
Fax (915) 703-7618

By: */s/ Alysandra E. Blanco*
**M. MITCHELL MOSS**
State Bar No. 00784647
mitch@mosslegalsolutions.com
**ALYSANDRA E. BLANCO**
State Bar No. 24121236
alysandra@mosslegalsolutions.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

In compliance with the Federal Rules of Civil Procedure, I certify that on the 17th day of February 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Plaintiff, Hector D. Pena, Law Office of Hector D. Pena, 2101 S. Eddy Street, Pecos, Texas 79772.

*/s/ Alysandra E. Blanco*
**ALYSANDRA E. BLANCO**